Wendy L. Wyse (SBN 068284)
KEEGIN HARRISON SCHOPPERT & SMITH LLP
1000 Fourth Street, Suite 600
San Rafael, California 94901
Telephone: (415) 456-4000
Facsimile: (415) 456-1921

Attorneys for defendant
Barbara's Bakery, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA PULIDO-GONZALEZ, MARICELA LUNA, MAGDALENA ROMAN, LETICIA ROJAS, ARNOLDO MENDOZA, HUGO ROMERO, LORENZO AMADOR, ROGELIO (RUEDA) ORTIZ, and JUANA AMADOR De HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>BARBARA'S BAKERY, INC., REMEDY INTELLIGENT STAFFING, REMEDY TEMP, INC., and DOES 1-100,<br><br>Defendants. | No. C 05 0199 CRB<br><br>**STIPULATION AND ORDER REGARDING MEDIATION DATE AND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their attorneys, that the last date to mediate this case shall be extended from July 30, 2005, to August 2, 2005, the date on which the mediation is scheduled to take place.

IT IS FURTHER STIPULATED that the mediation briefs shall be submitted and exchanged no later than July 29, 2005, in accordance with the mediator's request.

///

///

///

|   |   |   |
|---|---|---|
| 1 |  | LANAHAN & REILLEY LLP |
| 2 |  |  |
| 3 | Dated: July 19, 2005 | by _____ |
| 4 |  | Michael A. Terhorst |
|   |  | Attorneys for plaintiffs |
| 5 |  | KEEGIN HARRISON SCHOPPERT & SMITH LLP |
| 6 |  |  |
| 7 | Dated: July ___, 2005 | by _____ |
|   |  | Wendy L. Wyse |
| 8 |  | Attorneys for defendant Barbara's Bakery, Inc. |
| 9 |  | JACKSON LEWIS LLP |
| 10 |  |  |
| 11 | Dated: July ___, 2005 | by _____ |
|   |  | JoAnna L. Brooks |
| 12 |  | Attorneys for defendants Remedy Intelligent Staffing and Remedy Temp, Inc. |

13
14  **IT IS SO ORDERED:**
15
16  Dated: July 25, 2005
17                                       _____
                                        CHARLES B. BREYER
                                        UNITED STATES DISTRICT JUDGE

*[APPROVED stamp — Judge Charles R. Breyer — United States District Court, Northern District of California]*

18
19
20
21
22
23
24
25
26
27
28