1  Robert M. Pattison (State Bar No. 103528)
   Joanna L. Brooks (State Bar No. 182986)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendants
   REMEDY INTELLIGENT STAFFING and
6  REMEDY TEMP, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | EMMA PULIDO-GONZALEZ, MARICELA LUNA, MAGDALENA ROMAN, LETICIA ROJAS, ARNOLDO MENDOZA, HUGO ROMERO, LORENZO AMADOR, ROGELIO (RUEDA) ORTIZ, and JUANA AMADOR De HERNANDEZ, | E-filing |
|---|---|---|
| 12 | | Case No. C 05 0199 CRB |
| 13 | | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| 14 | | |
| 15 | Plaintiffs, | [F.R.C.P. 41(a)(1)(ii)] |
| 16 | vs. | |
| 17 | BARBARA'S BAKERY, INC., REMEDY INTELLIGENT STAFFING, and REMEDY TEMP, INC., and DOES 1-100, , | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21

22  The parties hereto, by their undersigned counsel, having entered into a confidential

23  settlement of the matter captioned above, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the

24  ///

25  ///

26  ///

27  ///

28

1  Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice,

2  each party to bear its own attorney's fees and costs.

3  Dated: August 23, 2005                    LANAHAN & REILLEY, LLP

By: /s/ Jeffrey E. Beeson
     Jeffrey E. Beeson
     Michael A. Terhorst
     Peter Goldstone

Attorneys for Plaintiffs
EMMA PULIDO-GONZALEZ, MARICELA LUNA, MAGDALENA ROMAN, LETICIA ROJAS, ARNOLDO MENDOZA, HUGO ROMERO, LORENZO AMADOR, ROGELIO (RUEDA) ORTIZ, and JUANA AMADOR De HERNANDEZ

Date: August 25, 2005                       KEEGIN HARRISON SCHOPPERT & SMITH LLP

By: /s/ Jeffrey A. Schoppert
     Jeffrey A. Schoppert
     Wendy L. Wyse

Attorneys for Defendant
BARBARA'S BAKERY, INC.

Date: September 27, 2005                    JACKSON LEWIS LLP

By: /s/ Robert M. Pattison
     Robert M. Pattison
     JoAnna L. Brooks

Attorneys for Defendants
REMEDY INTELLIGENT STAFFING and
REMEDY TEMP, INC.

1
2  IT IS SO ORDERED 
3
4
5  _____
6  UNITED STATES DISTRICT COURT
7
   Dated: October 3, 2005
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
   H:\R\Remedy Temp, Inc. - Gonzalez (AIG) [80942]\Gonzalez, Emma (80942)\Pleadings\082205 Gonzales-BBI-Remedy dismissal stip.doc
24
25
26
27
28

STIPULATION FOR DISMISSAL                                       Case No. C 05 0199 CRB
WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]            3